IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR98-28MJM |
| Plaintiff, | ) | |
| vs. | ) | |
| THURSTON SMITH JR., | ) | |
| Defendant. | ) | |

## TERMINATION OF GARNISHMENT AND FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  Thurston Smith Jr.

Raytown Quality Schools

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued, no payments have been withheld from the Judgment Debtor and applied to the judgment debt.

You are notified that you have **ten (10) days from the receipt** of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court, 101 1st Street SE, Cedar Rapids, IA 52401, and the United States Attorney's Office, 401 1st Street SE, Hach Building, Suite 400, Cedar Rapids, Iowa 52401-1825.

1

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By, s/Martin J. McLaughlin

MARTIN MCLAUGHLIN
Assistant United States Attorney
401 1st Street SE
Hach Building, Suite 400
Cedar Rapids, Iowa 52401-1825
Marty.McLaughlin@usdoj.gov
319-363-0091
319-363-1990 (Fax)

CERTIFICATE OF SERVICE

I certify that I mailed/hand delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on  June 2, 2006_____.

UNITED STATES ATTORNEY

BY:_____s/Debra K. Clark_____

COPIES TO:
Thurston Smith
Raytown Quality Schools